# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>     vs.<br><br>JORG H. RUDIG, individually and as Trustee of JORG H. RUDIG AND KAREN DUPUIS LIVING TRUST, NICOLE DUPUIS, SHAYNA MASSA, URSULA RUDIG and MICHAEL SHILLINGTON,<br><br>             Defendants. | Case No. 3:15-cv-05791-HSG<br><br>**ORDER DIRECTING DEPOSIT OF INTERPLEADER FUNDS** |

# ORDER

Plaintiff-in-Interpleader Metropolitan Life Insurance Company ("MetLife"), has filed the above-captioned interpleader action pursuant to Rule 22 of the Federal Rules of Civil Procedure. The action relates to the matter of who is entitled to the life insurance benefits payable due to the death of Karen Dupuis under AT&T's Basic Life Insurance Plan. It is therefore appropriate for MetLife to deposit with the Court Clerk the life insurance benefits at issue in this action. Accordingly, leave is hereby granted for MetLife, or its authorized agent or representative, to deposit with the Court Clerk a check made payable to the "Clerk, U.S. District Court Northern District of California" in the amount of $21,000 plus any accrued interest. This amount represents the life insurance benefits at issue, plus interest. Such deposit may be made at any time after this order is signed by the Court.

IT IS SO ORDERED.

DATED: January 12, 2016

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE