# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JORG H. RUDIG, individually and as Trustee of JORG H. RUDIG AND KAREN DUPUIS LIVING TRUST, NICOLE DUPUIS, SHAYNA MASSA, URSULA RUDIG and MICHAEL SHILLINGTON,<br><br>　　　　Defendants. | Case No. 3:15-cv-05791-HSG<br><br>(Honorable Haywood S. Gilliam, Jr.)<br><br>**ORDER GRANTING METROPOLITAN LIFE INSURANCE COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT THE MARCH 15, 2016 CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:  March 15, 2016<br>Hearing Time:  2:00 p.m.<br>Courtroom:  15<br><br>Complaint Filed:  December 17, 2015 |

## **ORDER**

After considering the request of Plaintiff Metropolitan Life Insurance Company, the Court hereby allows its counsel – James A. Hazlehurst of Hinshaw & Culbertson LLP – to appear telephonically at the Case Management Conference scheduled for March 15, 2016 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: February 29, 2016

*Haywood S. Gilliam Jr.* (signature)
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE