UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE COMPANY,

        Plaintiff,

  v.

JORG H RUDIG, et al.,

        Defendants.

Case No.   15-cv-05791-HSG

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 24

On March 4, 2016, Plaintiff Metropolitan Life Insurance Company filed a case management statement asking to continue the March 15, 2016 case management conference for 30 to 60 days.  Dkt. No. 24.

The Court hereby GRANTS a 45-day continuance of the March 15, 2016 case management conference.  The case management conference will be held on May 3, 2016, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 3/7/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge