# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JORG H. RUDIG, individually and as Trustee of JORG H. RUDIG AND KAREN DUPUIS LIVING TRUST, NICOLE DUPUIS, SHAYNA MASSA, URSULA RUDIG and MICHAEL SHILLINGTON,<br><br>　　　　Defendants. | Case No. 3:15-cv-05791-HSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

# ORDER

After considering the request of the parties, and for good cause appearing, the Court hereby grants the stipulation to continue the Case Management Conference from May 3, 2016 to June 21, 2016, at 2:00 p.m.

**IT IS SO ORDERED**.

DATED:   April 22, 2016

Haywood S. Gilliam, Jr.
Unites States District Judge

1