# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JORG H. RUDIG, individually and as Trustee of JORG H. RUDIG AND KAREN DUPUIS LIVING TRUST, NICOLE DUPUIS, SHAYNA MASSA, URSULA RUDIG and MICHAEL SHILLINGTON,<br><br>Defendants. | Case No. 3:15-cv-05791-HSG<br><br>**ORDER FOR DISTRIBUTION OF FUNDS, DISCHARGE, INJUNCTIVE RELIEF AND DISMISSAL WITH PREJUDICE** |

# ORDER

Having reviewed the Stipulation for Permanent Injunction, Distribution of Funds, Discharge of Metropolitan Life Insurance Company ("MetLife") and Dismissal with Prejudice, and for good cause appearing therefore, the Court hereby orders as follows:

1. That Jorg H. Rudig and his agents, attorneys and/or assigns shall be enjoined and perpetually restrained from instituting any suit at law or equity, or action of any kind whatsoever, against MetLife, AT&T and the AT&T Group Life Insurance Program for Former Bargained Employees (the "Plan") with respect to the life insurance benefits that became payable under the Plan upon Karen Dupuis' death (the "Benefits"); and

2. That the Benefits in the amount of $21,093.49, plus accrued interest, if any, after the date of deposit with the Court, shall be distributed to Jorg H. Rudig and made payable as follows:
>    Jorg H. Rudig
>    86 Montrose Avenue
>    Daly City, California 94015

3. That this action shall be dismissed with prejudice and that MetLife, AT&T and the Plan are discharged of all liability with respect to the Benefits.

**IT IS SO ORDERED.**

DATED:   5/24/2016

Haywood S. Gilliam, Jr.
United States District Judge

1